**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                                                Plaintiff,

v.                                                            Case No.:
                                                                      1:13−cv−09019

                                                                      Honorable Elaine E.
                                                                      Bucklo

Profoam, L.L.C.

                                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 21, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 12/21/2015 and continued to 5/16/2016 at 9:30 AM. Fact discovery ordered closed by 3/18/2016. Expert disclosure by 4/8/2016. Parties shall comply with FRCP(26)(a)(2) by 4/22/2016. Dispositive motions with supporting memoranda due by 5/20/2016. Parties to advise the Court if a settlement conference would be fruitful. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.