UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09019

Honorable Elaine E. Bucklo

Profoam, L.L.C.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 28, 2016:

MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Defense counsel, Eric Field, appears by telephone conference. For the reasons stated on the record, plaintiff's motion to have their first set of requests to admit deemed admitted (doc. #[42]) is granted. The Court deems these requests admitted. All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.